195 So.2d 146

**Fred BATES et ux.**

**v.**

**Courtney J. LAGARS et al.**

**No. 48560.**

Feb. 24, 1967.

In re: Harvey H. Samuels, Jr., and Casualty Reciprocal Exchange applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Red River. 193 So.2d 375.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

195 So.2d 146

**Fred BATES, individually and for the use and benefit of his minor children, Kathy Elaine, Dawn, Fred, Jr., and Phyllis Bates,**

**v.**

**Courtney J. LAGARS et al.**

**No. 48561.**

Feb. 24, 1967.

In re: Harvey H. Samuels, Jr., and Casualty Reciprocal Exchange applying for

certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Red River. 193 So.2d 382.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.